**VACATE and DISMISS; and Opinion Filed February 1, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00999-CV

**GREGORY CARL MORSE AND ALL OTHER OCCUPANTS OF 223 HIGH POINT DRIVE, MURPHY, TX 75094, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00127-2017**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

This is an appeal from a judgment in a forcible detainer suit awarding appellee possession of the property located at 223 High Point Drive in Murphy, Texas. Before the Court is appellee's January 9, 2019 motion to dismiss the appeal as moot. Appellee recites in the motion that a writ of possession was executed, and appellant and the other occupants are no longer in possession of the property.

The only issue in a forcible detainer suit is the right to immediate possession of the premises. *Olley v. HVM, L.L.C.*, 449 S.W.3d 572, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied). Unless an appellant has a potentially meritorious claim of right to current, actual possession, the issue of possession and the case become moot when the appellant is no longer in

possession of the premises. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787, 790 (Tex. 2006). When a case becomes moot on appeal, an appellate court must vacate the trial court's judgment and dismiss the case. *See City of Dallas v. Woodfield*, 305 S.W.3d 412, 416 (Tex. App.—Dallas 2010, no pet.); *see also Marshall*, 198 S.W.3d at 790.

We gave appellant an opportunity to respond to appellee's motion, but he failed to do so. Because nothing in the record before us shows appellant has a potentially meritorious claim of right to current, actual possession of the property, we grant appellee's motion, vacate the trial court's judgment, and dismiss the case. *See* TEX. R. APP. P. 42.3(a); *Marshall*, 198 S.W.3d at 790.

/Ken Molberg/
KEN MOLBERG
JUSTICE

180999F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GREGORY CARL MORSE AND ALL
OTHER OCCUPANTS OF 223 HIGH
POINT DRIVE, MURPHY, TX 75094,
Appellant

No. 05-18-00999-CV          V.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION (FANNIE MAE), A
CORPORATION ORGANIZED AND
EXISTING UNDER THE LAWS OF THE
UNITED STATES OF AMERICA,
Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-00127-2017.
Opinion delivered by Justice Molberg,
Justices Whitehill and Reichek
participating.

        In accordance with the Court's opinion of this date, we **VACATE** the trial court's judgment and **DISMISS** the case.


Judgment entered this 1st day of February, 2019.